AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 08, 2026*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jorge Erick Lopez De La Pena | ) Case No. **4:26-mj-443** |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 08, 2026_____ in the county of _____Harris_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Mexico and an alien who had been previously deported from the United States was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley N. Tome, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____07/08/2026_____

_____
*Judge's signature*

City and state: _____Houston, Texas_____     Hon. Richard W. Bennett, United States Magistrate Judge
*Printed name and title*

**4:26-mj-443**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ashley N. Tome, being duly sworn telephonically, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since September 21, 2025. My law enforcement career began May 21, 2023, as a Customs and Border Protection Officer. I currently have over 3 years of immigration law enforcement experience.

(2)     On November 03, 2023, a Homeland Security Tip Line received information regarding Jorge Erick Lopez De La Pena ("Defendant") presence inside the United States.

(3)     On July 08, 2026, ICE Deportation Officers were conducting surveillance on the residence of Jorge Erick Lopez De La Pena at 19334 St Winfred Dr, Spring TX 77379. At approximately 07:30 a.m. ICE Deportation Officers positively identified Jorge Erick Lopez De La Pena as he entered into a 2022 Ram 3500 vehicle with Texas License Plate XKH4002. As officers attempted to conduct a vehicle stop, Jorge Erick Lopez De La Pena returned to his residence, exiting his vehicle and ran back into the residence. On this same date, Jorge Erick Lopez De La Pena was identified as being amendable to prosecution for violation 8 U.S.C. 1326(a).

(4)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(5)     Element One: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)     Element Two: The Defendant has previously been deported or removed from theUnited States on the following occasions:

1.  Removed on August 19, 2020
2.  Removed on February 24, 2012

(7)    Element Three: After deportation, the Defendant was subsequently found in the United States on July 08, 2026, in Harris County, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On July 08, 2026, LESC advised Homeland Security Tip Line received information regarding Jorge Erick Lopez De La Pena presence inside the United States on November 03, 2023.

(8)    Element Four:  The Defendant did not have permission to reenter the United States. On July 08, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)    Prior Criminal History: The Defendant has the following prior criminal history:

a)  On September 29, 2011, Defendant, using the name Jorge Erick Lopez-Delapena, was convicted in the County Criminal Court at Law No 2 of Harris County, Texas for the Misdemeanor offense of Assault - Family Member committed on or about September 27, 2011, in Cause No. 178385401010. Defendant was sentenced to 6 Days in County Jail.

b)  On September 29, 2011, Defendant, using the name Jorge Erick Lopez-Delapena, was convicted in the County Criminal Court at Law No 2 of Harris County, Texas for the Misdemeanor offense of Interference W/ Emergency Help committed on or about September 27, 2011, in Cause No. 178385501010. Defendant was sentenced to 4 Days in County Jail.

(10)    On July 08, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Robin Whitney (832) 492-2493 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a).

Ashley N. Tome, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Subscribed and sworn to me telephonically on 8th day of July 2026, and I find probable cause.

Hon. Richard W. Bennett
United States Magistrate Judge
Southern District of Texas